IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
_____ DIVISION

The King /Morocco
(Print your full name)

Plaintiff *pro se*,

v.

BENTLEY HOUSTON (inter-Alia)

_____

_____
(Print full name of each defendant; an
employer is usually the defendant)

Defendant(s).

CIVIL ACTION FILE NO.

**1:18-CV-4998**

(to be assigned by Clerk)

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 29 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## ***PRO SE* EMPLOYMENT DISCRIMINATION COMPLAINT FORM**

### Claims and Jurisdiction

1. This employment discrimination lawsuit is brought under (check only those that apply):

   ✓ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin, or retaliation for exercising rights under this statute.

   **NOTE:** To sue under Title VII, you generally must have received a notice of right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").

Page 1 of 9

___ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

**NOTE**: To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

___ Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

**NOTE**: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

✓ Other (describe) __Violations of Laws,__
__Treaty, and constitutions.__

2. This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

Treaty of Tripoli, United States Constitution Article 6, United Nations Declaration on the Rights of Indigenous People, Universal Declaration of Human Rights, International Human Rights Law.

## Parties

3. Plaintiff. Print your full name and mailing address below:

   Name: *The King/Morocco*

   Address: *3519 Canfield street unit.A Houston, TX 77004*

4. Defendant(s). Print below the name and address of each defendant listed on page 1 of this form:

   Name: *BENTLEY HOUSTON (inter-Alia)*

   Address: *1530 West loop S. Houston, TX 77027*

   Name: _____

   Address: _____

   Name: _____

   Address: _____

## Location and Time

5. If the alleged discriminatory conduct occurred at a location <u>different</u> from the address provided for defendant(s), state where that discrimination occurred:

   *N/A*

Page 3 of 9

6. When did the alleged discrimination occur? (State date or time period)

   November 2017.

## Administrative Procedures

7. Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency?   ✓ Yes   ___ No

   If you checked "Yes," attach a copy of the charge to this complaint.

8. Have you received a Notice of Right-to-Sue letter from the EEOC?

   ✓ Yes   ___ No

   If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter: 7-28-18

9. If you are suing for **age discrimination**, check one of the following:

   ___ 60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

   ___ Less than 60 days have passed since I filed my charge of age discrimination with the EEOC

   N/A

Page 4 of 9

10. If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

   \_\_\_\_\_ Yes     \_\_\_\_\_ No     \_\_✓\_\_ Not applicable, because I was not an employee of, or applicant with, a State agency.

   If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

   _____
   _____
   _____
   _____

11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

   \_\_\_\_\_ Yes     \_\_\_\_\_ No     \_\_✓\_\_ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

   If you checked "Yes," describe below what happened in that administrative process:

   _____
   _____
   _____
   _____

## Nature of the Case

12. The conduct complained about in this lawsuit involves (check only those that apply):

    - [x] failure to hire me
    - [ ] failure to promote me
    - [ ] demotion
    - [ ] reduction in my wages
    - [ ] working under terms and conditions of employment that differed from similarly situated employees
    - [x] harassment
    - [x] retaliation
    - [ ] termination of my employment
    - [ ] failure to accommodate my disability
    - [x] other (please specify) Genocide, Fraud, Collusion, Conspiracy, discrimination, Negligence

13. I believe that I was discriminated against because of (check only those that apply):

    - [x] my race or color, which is __HUMAN__
    - [ ] my religion, which is _____
    - [x] my sex (gender), which is  [x] male  [ ] female
    - [x] my national origin, which is __Moor__
    - [x] my age (my date of birth is __11-26-92__)
    - [ ] my disability or perceived disability, which is: _____

    - [ ] my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation
    - [x] other (please specify) __They can't control me.__

14. Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

See Attached documents.

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

15. Plaintiff ____ still works for defendant(s)
    __✓__ no longer works for defendant(s) or was not hired

16. If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation? ____ Yes ____ No

    N/A

    If you checked "Yes," please explain: _____

    _____

    _____

    _____

    _____

17. If your case goes to trial, it will be heard by a judge <u>unless</u> you elect a jury trial. Do you request a jury trial? ____ Yes ____ No

### Request for Relief

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

__✓__ Defendant(s) be directed to _Apologize to me publicly on Radio And television_

__✓__ Money damages (list amounts) _$3,000,000 (in certified gold bars.)_

__✓__ Costs and fees involved in litigating this case

__✓__ Such other relief as my be appropriate

Page 8 of 9

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this **October** day of **24**, 20**18**

**The King /Morocco**
(Signature of plaintiff *pro se*)

**The King /Morocco**
(Printed name of plaintiff *pro se*)

**3519 Canfield Street Unit: A**
(street address)

**Houston, TX 77004**
(City, State, and zip code)

**simmsenterprise0@gmail.com**
(email address)

**(832) 734-3658**
(telephone number)

In the

# United States District Court, Northern District of Georgia

State of Georgia

75 Ted Turner Drive, S.W. Suite #2211

Atlanta, GA 30303

| | |
|---|---|
| Status: Sovereign | Moor |
| The King/Morocco | Aboriginal |
| Propria Persona | Indigenous |
| Federal | Al Moroccan |
| Sui Juris | I Self Law Am Master |

### Complaint

BENTLEY HOUSTON(Inter-Alia)

1530 West Loop S.

Houston, TX 77027

(713) 850-1530

1)

November 2017, I went into BENTLEY HOUSTON to speak with a manager regarding an employment opportunity. I was told by management at BENTLEY HOUSTON that I would not be allowed the opportunity to participate in employment at BENTLEY HOUSTON. I was not allowed an interview at BENTLEY HOUSTON. The sales manager at BENTLEY HOUSTON said that "there are no positions available to me." I Am Aboriginal, I Am Indigenous. I Am Sovereign. Furthermore, considering that I Am Aboriginal, Indigenous and Sovereign, this corporation BENTLEY HOUSTON is in my Jurisdiction. In the year 2015 I went into BENTLEY HOUSTON and I was told by employees of BENTLEY HOUSTON, that "the only way that I would ever have the opportunity to participate in employment at BENTLEY HOUSTON is if one of the sales people die." I was told by the employees of BENTLEY HOUSTON that "they run the dealership and that everything goes through them, they have been at the dealership for several years." This is discrimination, it's very clear that because I Am African, Moorish, Aboriginal, Indigenous, Sovereign, Al Moroccan, Muur, Moor, I am being discriminated against by corporations and colonizers in this land of Morocco. I feel violated, this is a very uncomfortable experience. BENTLEY HOUSTON makes me feel as if I'm not good enough to participate in employment. This is failure to hire based on discrimination by BENTLEY HOUSTON.

2)

I have been **discriminated** against by BENTLEY HOUSTON. I have suffered *outstanding* **"Punitive Damages"**, **"Assumed Damages"**, **"Actual Damages"** and **"Pain and Suffering"**.

3)

My "Constitutional Rights", "Indigenous Rights", "Aboriginal Rights", "Sovereign Rights", "Human Rights" and "Lawful Rights", have been **violated** by BENTLEY HOUSTON.

I have been **discriminated** against by BENTLEY HOUSTON because of my **race, sex, age, national origin, genetic information, religion, marital status.**

The instruments that apply to this complaint are **"Laws"**, **"Treaties"**, **"Constitutions"**, **"Declarations"**, and **"Resolutions"**.

"United States Constitution Article 6" reads, "This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all **Treaties** made, or which shall be made, under the Authority of the United States, shall be the **supreme Law of the Land**; and the **Judges in every State shall be bound thereby**, anything in the Constitution or Laws of any State to the Contrary notwithstanding".

**"Texas Constitution Article 1 Section 1 reads,**

A1. FREEDOM AND SOVEREIGNTY OF STATE. Texas is a free and independent State, subject only to the Constitution of the United States, and the maintenance of our free institutions and the perpetuity of the Union depend upon the preservation of the right of local self-government, unimpaired to all the States.

**"Texas Constitution Article 1 Section 2 reads,**

A2. INHERENT POLITICAL POWER; REPUBLICAN FORM OF GOVERNMENT. All political power is inherent in the people, and all free governments are founded on their authority, and instituted for their benefit. The faith of the people of Texas stands pledged to the preservation of a republican form of government, and, subject to this limitation only, they have at all times the inalienable right to alter, reform or abolish their government in such manner as they may think expedient.

**"Texas Constitution Article 1 Section 3 reads,**

A3. EQUAL RIGHTS. All free men, when they form a social compact, have equal rights, and no man, or set of men, is entitled to exclusive separate public emoluments, or privileges, but in consideration of public services.

**"Texas Constitution Article 1 Section 3 Subsection (A) reads,**

EQUALITY UNDER THE LAW. Equality under the law shall not be denied or abridged because of sex, race, color, creed, or national origin. This amendment is self-operative.

**All Treaties, Resolutions, Laws, Declarations, and Constitutions** listed herein have been **violated** by BENTLEY HOUSTON

"Zodiac Constitution", "Charter of the United Nations", "Constitution of Morocco", "Texas Constitution Article 1, Section 1", "International Convention on the Suppression and Punishment of the Crime of Apartheid", "United Nations Declaration on the Rights of Indigenous People", "Universal Declaration of Human Rights", "United States Constitution Article 6", **"Treaty of Tripoli"**, "International Human Rights Law", "Uniform Commercial Code 1-308", "World Conference against Racism, Racial Discrimination, Xenophobia and Related Tolerance", "United Nations Universal Realization of the Right of Peoples to Self-Determination", "United Nations Millennium Declaration", "World Summit on Social Development", "United Nations Rights of Indigenous Peoples Resolution 72/155", "United Nations Third International Decade for the Eradication of Colonialism", "United Nations Third International Decade of the Worlds Indigenous People".

I Am a Moor

Moorish Nationality

I Am Al Moroccan

BENTLEY HOUSTON has discriminated against me and violated my rights because of my nationality.

BENTLEY HOUSTON (Inter-Alia) has violated Law and International Law.

This is an attack by BENTLEY HOUSTON against Indigenous, Aboriginal, International, Sovereign humans.

I demand a jury of my peers. Moor.

I demand the court to grant me the plaintiff $3,000,000 in certified gold bars for damages.

### *Title 7 of the Civil Rights Act*

### *Genetic Information Non-Discrimination Act*

### United States Code, Section 1091 of Title 18

I Am The King/Morocco **"Enforce"** and **"Exercise" all documents, treaties, resolutions, laws, declarations** and **constitutions**, listed herein. All listed herein will be respected and honored by All "Government Officials", "Judicial Systems", "Judicial Officers", "Judicial Courts", "Law Enforcement", and All "Corporations" "Businesses" and "Enterprises" within the Jurisdiction of the United States Union (Inter-Alia.)

Mailing Address

3519 Canfield Street Unit: A

Houston, TX 77004

Phone (832) 734-3658

Email: simmsenterprise0@gmail.com

Page 3 of 3

# NOTICE TO
# *PRO SE* PLAINTIFFS
attaching form Complaint

(revised 2/20/2013)



Representing yourself in Court–called appearing *pro se*–is difficult for persons without legal training. Before doing so, you should consider finding an attorney to take your case. The following referral services may help you find a lawyer:

1. Atlanta Bar Association (404) 521-0777
   (serving Fulton, Cobb, DeKalb, Douglas, Rockdale, Paulding, Henry, Gwinnett, Clayton, Cherokee, Fayette, and Forsyth Counties)

2. Cobb County Lawyer Referral Service (770) 424-2947
   (serving Cobb, Douglas, Bartow, Cherokee, and Paulding Counties)

3. DeKalb Bar Association Lawyer Referral Service (404) 373-2580
   (serving DeKalb, Fulton, Gwinnett, and Cobb Counties)

4. Attorneys' Confidential Referral Service, Inc. (888) 536-5900
   (serving all Counties in Georgia)

5. Atlanta Volunteer Lawyers Foundation (404) 521-0790
   http://www.avlf.org

If you desire to proceed without a lawyer, the attached form complaint has been prepared for your convenience, but you are not required to use it. Please write clearly and fill it out to the best of your ability. **However, completion and filing of this form is no guarantee that your case will succeed.**

You must keep the Clerk of Court informed as to any change in your address or telephone number. You must also follow the Federal Rules of Civil Procedure and the Local Rules of this Court. You may obtain a copy of the Federal Rules of Civil Procedure in most public libraries or at the following website: http://www.uscourts.gov/uscourts/rules/civil-procedure.pdf. You may review this Court's Local Rules in the Clerk's Office, purchase a copy from the Clerk's Office, or access this Court's Local Rules at the following website: http://www.gand.uscourts.gov/pdf/NDGARulesCV.pdf.